**1**

**Mike TALERICO et al., Plaintiffs in Error, v. UNITED STATES.**

(Circuit Court of Appeals, Eighth Circuit. December 7, 1925.)

No. 7092.

In Error to the District Court of the United States for the Southern District of Iowa.

E. S. Thayer, of Des Moines, Iowa, for plaintiffs in error.

Ray C. Fountain, Asst. U. S. Atty., of Des Moines, Iowa.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 23.

**2**

**J. T. THOMAS and Pearl Thomas v. UNITED STATES.**

(Circuit Court of Appeals, Sixth Circuit. November 12, 1925.)

No. 4401.

In Error to the District Court of the United States for the Eastern District of Tennessee; Xenophon Hicks, Judge.

Hobart F. Atkin, of Knoxville, Tenn., for plaintiffs in error.

George C. Taylor, U. S. Atty., and Wilbur W. Piper, Asst. U. S. Atty., both of Knoxville, Tenn.

PER CURIAM. Judgment of the District Court reversed, and cause remanded for further proceeding according to law.

**3**

**Edward M. TIMMINS, Libelant Appellant, v. James C. DAVIS, Director General of Railroads, as Agent under Section 206 of the Transportation Act of 1920 (Erie Railroad), Respondent Appellee.**

(Circuit Court of Appeals, Second Circuit. March 19, 1926.)

No. 290.

Appeal from the District Court of the United States for the Southern District of New York.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and J. Dudley Eggleston, both of New York City, of counsel), for appellant.

Leo J. Curren, of New York City, for appellee.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. A majority of this Court are of opinion that the decree should be affirmed, with costs; and it is so ordered.

**4**

**T. SMITH & SONS, Incorporated, Appellant, v. UNITED STATES, Appellee.**

(Circuit Court of Appeals, Fifth Circuit. March 8, 1926.)

No. 4711.

Appeal from the District Court of the United States for the Eastern District of Louisiana; Rufus E. Foster, Judge.

George Janvier and Isaac S. Heller, both of New Orleans, La., for appellant.

Edouard F. Henriques, Sp. Asst. in Admiralty to U. S. Atty., of New Orleans, La.

Before WALKER and BRYAN, Circuit Judges, and GRUBB, District Judge.

PER CURIAM. This is an appeal from a decree dismissing appellant's libel, which alleges that appellant transferred 1,600 tons of coal from the steamer Sahale to barges under an oral contract with a representative of the United States, owner of the steamer, and that the contract price for the work had not been paid.

The position taken by the United States, and sustained by the District Judge upon consideration of the testimony, is that the contract was made not with appellant, but with the Bisso Tow Boat Company. We are of opinion that a preponderance of the evidence shows that an agent of the Shipping Board employed the towboat company to do the work, and did not authorize it to act for the Shipping Board in making a contract with appellant.

The decree is affirmed.